**Opinion issued July 19, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00720-CV

———————————

## DAWN M. COULSON, Appellant

## V.

## LESLIE KIEFER AMANN, DEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF ROBERT C. KIEFER, DECEASED, Appellee

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 424,767**

---

## MEMORANDUM OPINION

The parties, representing that they have entered into a settlement agreement

and the probate court has granted their motion to approve the agreement, have filed

a joint motion to reinstate and dismiss the appeal with prejudice. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the parties' motion to "reinstate and dismiss the appeal with prejudice," and dismiss the appeal with prejudice. *See id.* 42.1(a); 43.2(f). However, we deny the parties' request that the "Court not tax costs against Appellant or Appellee." *See id.* 43.4. And we tax the costs of the appeal against the party incurring same. *See id.*; *see, e.g.*, TEX. GOV'T CODE ANN. § 51.207 (Vernon 2013) (requiring court of appeals clerk to collect certain fees). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.